STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SAMUEL BILLUPS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Miss Cynthia M. Jacob* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. Christopher R. Wood* for the respondent.

November 26, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES WILLIAMS, DEFENDANT-PETITIONER.

See same case below: 106 *N. J. Super.* 371.

*Mr. Stanley C. Van Ness* and *Mrs. Miriam N. Span* for the plaintiff.

*Mr. Guy William Calissi* and *Mr. Harold N. Springstead* for the respondent.

November 26, 1969. Denied.

RAND CONSTRUCTION CO., INC., PLAINTIFF-RESPONDENT, v. CAMPO CONSTRUCTION CO., INC., DEFENDANT AND THIRD-PARTY PLAINTIFF AND AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, DEFENDANT AND THIRD-PARTY PLAINTIFF-PETITIONER, v. MYRON WEINER, THIRD-PARTY DEFENDANT.

*Messrs. Heuser & Heuser* for the petitioner.

*Messrs. Fox & Fox* for the respondent.

November 26, 1969. Denied.